| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Acker, Jr., William M | 2. Court or Organization<br><br>Northern District Alabama | 3. Date of Report<br><br>4/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1729 - 5th Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Deerfoot Syndicate |
| 2. Partner | Deerfoot Group |
| 3. Director Emeritus | YMCA of Birmingham |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE**   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Sales of books authored by spouse |

GROSS INCOME
(yours not spouse's)
0.00
RECEIVED
MAY 3  2 59 PM '04
FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acker, Jr., William M | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Deerfoot Group (partnership) | E | Dividend | P1 | W | | | | | |
| 2. The Deerfoot Syndicate (partnership) | A | Dividend | N | W | | | | | |
| 3. Waterford Group (partnershp) | A | Dividend | N | W | | | | | |
| 4. Morgan-Stanley-Dean Witter (liquid assets) | C | Interest | O | T | | | | | |
| 5. Microsoft Corp | A | Dividend | L | T | | | | | |
| 6. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 7. News Corporation | A | Dividend | K | T | | | | | |
| 8. Clear Channel Comm. | A | Dividend | J | T | | | | | |
| 9. Boeing Co | A | Dividend | J | T | | | | | |
| 10. Applied Materials | A | Dividend | J | T | | | | | |
| 11. Canon | A | Dividend | J | T | | | | | |
| 12. Conoco-Phillips | A | Dividend | J | T | | | | | |
| 13. Cisco | A | Dividend | J | T | | | | | |
| 14. Koninklighe Phil | A | Dividend | J | T | | | | | |
| 15. J.P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 16. Chevron-Texaco | A | Dividend | J | T | | | | | |
| 17. CVS | A | Dividend | J | T | | | | | |
| 18. Nestle | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal             R = Cost (Real Estate Only)   S = Assessment             T = Cash/Market
   (See Column C2)           U = Book Value            V = Other                 W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date  4/21/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

RECEIVED 2005 JUN 14 A 10: 47 FINANCIAL DISCLOSURE OFFICE

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544